**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jerry Wayne LYNCH, Defendant–Appellant.**

**No. 04–30711.**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Oct. 4, 2005.

Camille Ann Domingue, Brett L. Grayson, Assistant U.S. Attorneys, U.S. Attor-

---

ney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Valerie Gotch Garrett, Amos, Garrett & Hollinger, Lafayette, LA, for Defendant–Appellant.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed for Jerry Wayne Lynch has filed a motion for leave to withdraw, a brief, and a supplemental brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lynch has filed a response. Our independent review of counsel's briefs, Lynch's response, and the record discloses no non-frivolous issue.

We decline to address Lynch's allegations of ineffective assistance of counsel on direct appeal. *See United States v. Brewster,* 137 F.3d 853, 859 (5th Cir.1998).

Accordingly, counsel's motion to withdraw is GRANTED; counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.